UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD JIMMY STANLEY,

    Plaintiff,

v.

LARRY HARGROVE,

    Defendant.

Case No. C05-5057RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** for failure to state a claim. This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g).

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for defendant and to the Hon. J. Kelley Arnold.

DATED this 21st day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1